IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TAITE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:10-cv-0341-TMH |
| ) | WO |
| BILL WAYNE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## O R D E R

This cause is before the Court on the petitioner's Objection (Doc. #87) filed on August 2, 2010. Specifically, petitioner objects to the Magistrate Judge's order of July 27, 2010 (Doc. #85) ruling on petitioner's motion for oral argument or evidentiary hearing. After an independent review of the petitioner's motion, the Magistrate Judge's order, and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #87) is OVERRULED.

DONE this the 20th day of September, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE